IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ORLANDO FERNANDEZ-LEYVA, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 3:13-CV-42-WKW |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## **ORDER**

On December 17, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that Petitioner's 28 U.S.C. § 2255 motion is DENIED with prejudice

An appropriate final judgment will be entered separately.

DONE this 13th day of January, 2015.

                                         /s/ W. Keith Watkins
                               CHIEF UNITED STATES DISTRICT JUDGE